IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CBAC BORROWER, LLC, ET AL.<br><br>Defendants. | ) | CIVIL ACTION NO. 25-cv-04297-BAH |

**INITIAL JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2026, correspondence (ECF 12), the parties submit this Joint Status Report and report as follows.

**1. Joint request for early settlement/ADR conference.**

The parties do not consent to early settlement/ADR conference.

**2. Modifications to the Draft Scheduling Order.**

| Current Deadline | New Deadline | Event |
|---|---|---|
| August 3, 2026 | August 10, 2026 | ESI discovery conference |
| September 3, 2026 | No change | Moving for joinder of additional parties and amendment of pleadings |
| September 18, 2026 | April 16, 2027 | Plaintiff's Rule 26(a)(2) disclosures |
| October 19, 2026 | April 16, 2027 | Defendant's Rule 26(a)(2) disclosures |
| November 2, 2026 | May 31, 2027 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| No date | May 31, 2027 | Defendant's rebuttal Rule 26(a)(2) disclosures |
| November 9, 2026 | June 18, 2027 | Rule 26(e)(2) supplementation of disclosures and responses |
| December 2, 2026 | June 25, 2027 | Discovery deadline; submission of status report |
| December 9, 2026 | July 2, 2027 | Requests for admission |

| | | |
|---|---|---|
| January 4, 2027 | August 2, 2027 | Dispositive pretrial motions deadline |

**3. Number of Deposition Hours Needed.**

The parties seek an increase in the number of deposition hours from a total of 15 hours of depositions for fact witnesses to a total of 70 deposition hours for fact witnesses.

**4. Report on Consent to Proceed Before a United States Magistrate Judge.**

The parties do not consent to proceed before a United States Magistrate Judge.

Dated: August 3, 2026

Respectfully submitted:

*s/ Emily Datnoff*
Emily Datnoff, (Fed. Bar No. 29464)
Trial Attorney
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland
emily.datnoff@eeoc.gov
Tel: 410-801-6708
Fax: 443-992-7880
*Counsel for EEOC*

BY: */s/ Chad E. Kurtz*
Chad E. Kurtz (CPF No. 1512110007)
ckurtz@cozen.com
2001 M Street NW, Suite 500
Washington, DC 20036
202-463-2521

Daniel L. Blanchard* (PA No. 311479)
dblanchard@cozen.com
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103-7325
215-665-2000
*Counsel for Defendants*

*to seek admission pro hac vice