IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CBAC BORROWER, LLC d/b/a HORSESHOE CASINO, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-04297-BAH |

## **JOINT MOTION FOR ENTRY OF CONSENT DECREE**

The United States Equal Employment Opportunity Commission (the "EEOC"), and Defendants, CBAC Borrower, LLC d/b/a Horseshoe Casino, Caesars Baltimore Management Co., LLC, and Caesars Entertainment, Inc. (collectively, "the parties"), jointly request that the Court execute and enter the attached proposed Consent Decree and, in support thereof, state:

1. The parties have negotiated the attached proposed Consent Decree (Exhibit 1) in resolution of the EEOC's claims in the above-captioned case.

2. The parties respectfully request execution and entry of the proposed Consent Decree as its terms are adequate, fair, reasonable, and just.

3. The proposed Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. Entry of the proposed Consent Decree is in the interest of the parties, those for whom the EEOC sought relief, and the public.

Dated: November 1, 2026

Respectfully submitted,

*/s/ Emily Datnoff*
Emily Datnoff, Trial Attorney
U.S. EEOC – Baltimore Field Office
31 Hopkins Plaza, 14th Floor
Baltimore, MD 21201
emily.datnoff@eeoc.gov
Telephone: 410-801-6708

*Counsel for EEOC*

*/s/ Daniel L. Blanchard*
Daniel L. Blanchard
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103-7325
dblanchard@cozen.com
Telephone: 215-665-2000

*Counsel for Defendants*